

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00409-CV

| | | |
|---|---|---|
| Barbara Louise Morton d/b/a Timarron College Prep | § | From the 96th District Court |
| | § | of Tarrant County (096-260449-12) |
| v. | § | June 12, 2014 |
| Timarron Owners Association, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Barbara Louise Morton d/b/a Timarron College Prep shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker